UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re: Alison McCarthy, Esq.        Case No. 2:25-mc-84

## ORDER OF SUSPENSION

On April 24, 2025, the above-named individual was transferred to interim suspension from the practice of law in the State of Vermont by the Vermont Supreme Court.

Pursuant to Rule 5(d) of the Attorney Disciplinary Rules in the United States District Court for the District of Vermont and in conformity with the Vermont Supreme Court, it is hereby ORDERED that ALISON McCARTHY, ESQ. is placed on immediate interim suspension from the practice of law before this court.

Dated at Burlington, in the District of Vermont, this 5th day of January, 2026.

Christina Reiss, Chief Judge
United States District Court